UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL KESTERSON, an individual, | Case No.: CV 17–7557–GW(ASx)<br>Hon. George H. Wu |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE**<br>**ACTION WITH PREJUDICE** |
| UNITEDHEALTHCARE, INC.; and<br>DOES 1 through 10, | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiff's Complaint and each and every cause of action alleged therein as against all Defendants are dismissed with prejudice. Each Party waives any claims it may have as to costs or fees.

Dated:  December 18, 2018    By: _George H. Wu_____

HON. GEORGE H. WU,
United States District Judge

1